```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


GENE COGGINS,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     3:08cv944-MHT
                               )         (WO)
TALLAPOOSA COUNTY              )
DEPARTMENT OF REVENUE,         )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 12) are overruled.

(2) Plaintiff's motion to dismiss (Doc. No. 12) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. No. 11) is adopted.

(4) Plaintiff's motion to set aside (Doc. No. 7) and motion for default, default judgment, and

>    dismissal (Doc. No. 10) are denied.
>
> (5) This lawsuit is dismissed pursuant to 28 U.S.C.
>    § 1915(e).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of June, 2009.

                              <u>    /s/ Myron H. Thompson    </u>
                              **UNITED STATES DISTRICT JUDGE**